**Dorothy S. Gushleff, Plaintiff-Appellee, v. Thomas L. Gushleff, Defendant-Appellant.**

**Gen. No. 67–101.** ■

Fifth District.

June 19, 1968.

Chapman, Strawn & Kinder, of Granite City, for appellant; Edgar R. Kelly, of East Alton, for appellee. Opinion by JUSTICE HANNAH. Not to be published in full.